IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **SUSAN SAUD** <br> 10092 Somerset Drive <br> Loveland, Ohio 45140 <br><br> and <br><br> **ABLE SAUD** <br> 10092 Somerset Drive <br> Loveland, OH 45140 <br><br> Plaintiffs, <br><br> vs. <br><br> **FORD MOTOR COMPANY** <br> c/o Statutory Agent <br> CT Corporation System <br> 815 Superior Avenue, N.E. <br> Cleveland, Ohio 44114 <br><br> Defendant. | CASE NO.: <br><br> JUDGE: <br><br><br><br><br><br><br><br><br> **COMPLAINT** <br><br> **(Trial by Jury Demanded)** |

Now come the Plaintiffs, Susan and Able Saud, by and through counsel, and for their Complaint against Ford Motor Company, state as follows:

## **JURISDICTION**

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §1332 *et seq.* and Federal Rule of Civil Procedure 8)(a)(1).

2. At all times relevant herein, Plaintiffs, Susan Saud and Able Saud, were husband and wife, and citizens and residents of the City of Loveland, Hamilton County, Ohio.

3. At all relevant times herein, Defendant, Ford Motor Company, is and was a Delaware corporation, with its principal place of business being in Dearborn, Michigan.

4. At all relevant times herein, Defendant, Ford Motor Company, was and is doing business throughout the State of Ohio; regularly solicits and transacts business in the State of Ohio for which it receives substantial revenue; and knowingly placed Ford vehicles, including the subject Ford Escape, into the stream of commerce in Ohio; and has committed tortious acts within the State of Ohio.

5. This action is of a civil nature involving, exclusive of interest and cost, a sum in excess of $75,000.00. Every issue of law and fact herein is wholly between citizens of different states.

6. The event giving rise to this action occurred in Mason, Warren County, Ohio.

**FIRST CAUSE OF ACTION**

7. Plaintiffs incorporate and reaver all the allegations set forth in paragraphs 1 through 6 as though fully rewritten herein.

8. At all times relevant herein, Susan and Able Saud owned and operated a 2018 Ford Escape, bearing vehicle identification number 1FMCU0J9XJUA08384 (the subject vehicle).

9. Defendant, Ford Motor Company, is a manufacturer as defined in Ohio Revised Code §2307.71; it designed, produced, created, made, constructed, manufactured and/or assembled the subject vehicle.

10. The subject vehicle was defective in manufacture pursuant to Ohio Revised Code §2307.74.

11. The subject vehicle was defective in design pursuant to Ohio Revised Code §2307.75.

12. The subject vehicle was defective by reason of failure of Ford Motor Company to provide an adequate warning or instruction pursuant to the provision of Ohio Revised Code §2307.76.

13. The subject vehicle was defective because it did not conform, when it left the control of Ford Motor Company, to express representations made by Defendant with respect to its character, quality or safety, pursuant to the provisions of Ohio Revised Code §2307.77.

14. A defective aspect of the subject vehicle, specifically including, but not limited to, the failure of the vehicle to remain secure when shifted to Park, and the failure to automatically activate the Electric Parking Brake when the driver exited the vehicle with the transmission not in Park or the vehicle otherwise unsecured, was a direct and proximate result of the injuries, damages and loss set forth hereinafter.

15. On or about September 17, 2021, Plaintiff, Susan Saud, was operating the subject vehicle in Mason, Warren County, Ohio; she exited the subject vehicle with the shifter believed to be in Park and the engine running. After exiting, she noticed that the vehicle was rolling away (rearward) and attempted to stop the rollaway vehicle. Instead, the rollaway vehicle knocked her to the ground, ran over her, and drug her. As a result of being knocked down, run over and/or drug by the rollaway subject vehicle, Susan Saud was injured.

16. As a direct and proximate result of the defective condition of the subject vehicle, Susan Saud sustained multiple injuries.

17. As a direct and proximate result of the defective condition of the subject vehicle, Susan Saud suffered physical and psychological pain, was caused to incur

3

medical expenses, and will continue to incur medical expenses, and has lost time from her work, and her ability to earn an income in the future has been impaired.

## SECOND CAUSE OF ACTION

18. Plaintiffs incorporate and reaver all the allegations set forth in paragraphs 1 through 17 as though fully rewritten herein.

19. Defendant, Ford Motor Company, was negligent in the design of the subject vehicle, particularly as the vehicle was allowed to rollaway while in Park, or when not in Park and the driver exited the vehicle, and the Electric Park Brake was not programmed to automatically engage.

20. As a direct and proximate result of the negligence of Ford Motor Company, Susan Saud has been caused to suffer the injuries and damages as alleged herein.

## THIRD CAUSE OF ACTION

21. Plaintiffs incorporate and reaver all the allegations set forth in paragraphs 1 through 20 as though fully rewritten herein.

22. At all times relevant herein, Plaintiffs, Susan Saud and Able Saud, were wife and husband.

23. As a direct and proximate result of the defective condition of the subject vehicle and of the negligence of Ford Motor Company, Able Saud has lost the services, society, support and consortium of his wife, Susan Saud.

WHEREFORE, Plaintiffs, Susan Saud and Able Saud, respectfully demand judgment against Ford Motor Company in the amount of Three Million Dollars in compensatory damages, together with the costs of this action.

A trial by jury is hereby demanded.

                                        _____
William "Bill" Kathman   (OH Bar No. 43586
BUSALD FUNK ZEVELY, PSC
226 Main Street
P.O. Box 6910
Florence, KY 41022-6910
Telephone: 859-371-3600
Fax: 859-525-1040
Email: billkathman@bfzlaw.com

and

RICHARD HAY			(PHV #_____)
SARAH HAY KNIGHT		(PHV #_____)
Hay & Knight, PLLC
203 West Columbia Street,  P.O. Box 1124
Somerset, KY 42502-1124
Telephone: (606) 679-2214
Fax: (606) 678-4696
Email: Richard@hayandknight.com
Email: Sarah@hayandknight.com
[Subject to pro hac vice admission]

COUNSEL FOR PLAINTIFFS